Bond Stores, Inc., Appellee, v. The Chicagoan, Inc. and Hotel Chicagoan Catering Company, Appellants. Albert Martin, Inc.

Gen. No. 40,953.   (Abstract of Decision.)

Heard in first division, first district, this court at October term, 1939; opinion filed May 20, 1940. Adolph J. Sabath, R. P. Perlman and Theodore E. Rein, for appellants; Theodore E. Rein, of counsel; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Herbert M. Lautmann, Jesse H. Brown and Isaac E. Ferguson, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."